IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID DANIELS                                                                         PLAINTIFF

v.                              Civil No. 06-5142

JUDGE TOM KEITH                                                                    DEFENDANT

### ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing. Plaintiff is given up to and including August 28, 2006, in which to return a complete application to the court or pay the $350.00 filing fee. If plaintiff chooses to submit an in forma pauperis application, he must answer all of the questions - including those on page two, sign and date the application, and have the application completed by detention center personnel regarding plaintiff's inmate account. The application should be returned to the undersigned for review and filing. **Should plaintiff fail to return the application within the required period of time or to complete the application as directed, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 26th day of July 2006.

*Beverly Stites Jones*

———————————————————
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

-2-

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 31 2006

CHRIS R. JOHNSON, CLERK
BY
       DEPUTY CLERK