```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**DAVID DANIELS**                                                    **PLAINTIFF**

        v.        Civil No. 06-5142

**JUDGE TOM KEITH**                                                  **DEFENDANT**

<u>O R D ER</u>

NOW on this 3rd day of January 2007, comes on for consideration the Report and Recommendation of the Magistrate Judge (document #8), filed on October 31, 2006, and plaintiff's objections Pursuant to 28 U.S.C. § 636b1 (document #9), filed on November 17, 2006, and the Court, being well and sufficiently advised, finds and orders as follows:

    1. The Magistrate Judge's conclusion that plaintiff's claims are frivolous and are asserted against an individual who is immune from suit under §1983 is sound both as to law and as to fact.

    2. Plaintiff's objections -- apparently premised upon his notions that Judge Keith's alleged statements and actions in chambers and off the record were non-judicial -- must be overruled.

    Judges routinely and properly have off-the-record conferences with attorneys -- both in the courtroom and in chambers. Contentions that what a judge says and/or does during these conferences is either non-judicial in nature -- or that it somehow affects his jurisdiction over the case being discussed --

are simply incorrect.

Accordingly, since plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation, they are overruled and the Court determines that the said Report and Recommendation should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that the Report And Recommendation of the Magistrate Judge is adopted in toto.  Accordingly, the Court hereby adopts the Report and Recommendations this case is dismissed on the grounds that the claims are frivolous and are asserted against an individual who is immune from suit under § 1983.  *See* 28 U.S.C. § 1915(e)(2)(B)(I)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

> **/s/ Jimm Larry Hendren**
> **JIMM LARRY HENDREN**
> **UNITED STATES DISTRICT JUDGE**