**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DAVID DANIELS**                                                                                       **PLAINTIFF**

**v.**                                         **Civil No. 06-5142**

**JUDGE TOM KEITH**                                                                                     **DEFENDANT**

**O R D E R**

Now on this 25th day of June, 2007, the above referenced matter comes on for consideration of the **Magistrate Judge's Report and Recommendation** (document #17, filed May 23, 2007), and the plaintiff's **Motion to Reopen Case for Appeal** (document #18, filed June 15, 2007). The Court, being well and sufficiently advised, finds and orders as follows:

1.   The **Magistrate Judge's Report and Recommendation** (document #17) recommends the denial of both plaintiff's Application to Proceed Without Prepayment of Fees (document #15) and plaintiff's Motion for Extension (document #17) of time for appeal. In his report and recommendation, the Magistrate Judge reasons that the plaintiff has not met the requirements for an extension of the appeal time (*See* Fed. R. App. Pro. 4(a)(5)-(6)) and that the motion to appeal IFP should be denied because the appeal is not timely and is therefore not taken in good faith. 28 U.S.C. § 1915(a)(3). There have been no objections to the report and recommendation. However, in a pleading filed June 15, 2007, the plaintiff again moved to reopen his case for appeal. (document #18).

2.   The Court finds that, as stated in the report and recommendation, the plaintiff has failed to meet the requirements for an extension of the appeal time.  Although the plaintiff argues that he did not receive his legal mail in a timely fashion, there is no proof that upon receipt of the January 3, 2007 Order dismissing his case the plaintiff moved to extend his appeal time within the time frame required by Rule 4(a)(6)(B) of the Federal Rules of Appellate Procedure.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted** *in toto*, and that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **the motion for extension of time to appeal is hereby denied; the motion to appeal IFP is denied as the appeal is untimely and therefore not taken in good faith, 28 U.S.C. § 1915(a)(3).**

**IT IS, FURTHER, ORDERED** that the plaintiff's **Motion to Reopen Case for Appeal** (document #18) should be, and it hereby is, **denied.**

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**